STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 08-12 c/w 08-3, 08-4, 08-5, 08-6, 08-7,
08-8, 08-13, 08-14, 08-15, 08-47

DR. JOE E. TURK

VERSUS

WPS, INC. AND AMERICAN INTERSTATE INSURANCE COMPANY

\*\*\*\*\*\*\*\*\*\*

ON APPLICATION FOR SUPERVISORY WRITS
FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 02, NO. 07-01385
HONORABLE JAMES L. BRADDOCK, JUDGE

\*\*\*\*\*\*\*\*\*\*

J. DAVID PAINTER

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

Charles S. McCowan, Jr.
M. Dwayne Johnson
Todd A. Rossi
Jennifer Jones Thomas
P.O. Box 3513
Baton Rouge, LA 70821
Counsel for Third Party Defendants-Relators:
    Concentra Integrated Services and
    Focus Healthcare Management, Inc.

Bray Williams
P.O. Box 15
Natchitoches, LA 71458
Counsel for Plaintiff-Respondent:
    Dr. Joe E. Turk

H.O. Lestage, III
P.O. Box 880
DeRidder, LA 70634
Counsel for Defendant-Third Party Plaintiff-Respondent:
    American Interstate Insurance Co.

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Broussard Physical Therapy v. Family Dollar Stores, Inc.*, 08-3 (La.App. 3 Cir. __/__/08), ___ So.2d. ___, the judgment of the Office of Workers' Compensation is affirmed. Costs of this application are assessed to the Relator.

AFFIRMED.

1